

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. AP-76,911

### EX PARTE CRAIG DESHAUN ACY, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 114-0899-10 IN THE 114TH DISTRICT COURT
### FROM SMITH COUNTY

*Per curiam*.

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex.Crim.App. 1967). Applicant was convicted of evading arrest or detention in a vehicle and sentenced to two years' imprisonment.

Applicant contends that he was denied his right to a direct appeal of this conviction. The State concedes that Applicant is entitled to a direct appeal but was denied it through no fault of his own, and the trial court recommends an out-of-time appeal be granted. *See Ex parte Riley*, 193 S.W.3d 900 (Tex.Crim.App. 2006).

Relief is granted. Applicant is entitled to the opportunity to file an out-of-time appeal of the judgment of conviction in Cause No. 114-0899-10 from the 114th District Court of Smith County. Applicant is ordered returned to that time at which he may give a written notice of appeal so that he may then, with the aid of counsel, obtain a meaningful appeal. Within ten days of the issuance of this opinion, the trial court shall determine whether Applicant is indigent. If Applicant is indigent and wishes to be represented by counsel, the trial court shall immediately appoint an attorney to represent Applicant on direct appeal. All time limits shall be calculated as if the sentence had been imposed on the date on which the mandate of this Court issues. We hold that, should Applicant desire to prosecute an appeal, he must take affirmative steps to file a written notice of appeal in the trial court within 30 days after the mandate of this Court issues.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice-Correctional Institutions Division and Pardons and Paroles Division.

Delivered: November 7, 2012
Do not publish